DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
MARK A. LIZARRAGA, Bar #186240
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOSE RUBIDIO MUNOZ-BALLADARES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:06-cr-0088 AWI |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE STATUS |
| ) | CONFERENCE HEARING; AND ORDER |
| v. ) | THEREON |
| ) | |
| JOSE RUBIDIO MUNOZ-BALLADARES, ) | Date : June 5, 2006 |
| ) | Time : 9:00 a.m. |
| Defendant. ) | Dept : Hon. Anthony W. Ishii |
| ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing, in the above captioned matter, scheduled for May 8, 2006, may be continued to **June 5, 2006, at 9:00 a.m.**

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///
///
///
///
///
///
///

preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

DATED:  May 2, 2006                    MCGREGOR W. SCOTT
                                       United States Attorney


                                       By /s/ Marianne A. Pansa
                                          MARIANNE A. PANSA
                                          Assistant U.S. Attorney
                                          Attorney for Plaintiff

DATED:  May 2, 2006                    DANIEL J. BRODERICK
                                       Acting Federal Defender


                                       By /s/ Mark A. Lizárraga
                                          MARK A. LIZÁRRAGA
                                          Assistant Federal Defender
                                          Attorney for Defendant

## **O R D E R**

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

IT IS SO ORDERED.

**Dated:   May 2, 2006**                    /s/ Anthony W. Ishii
0m8i78                                      UNITED STATES DISTRICT JUDGE