DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARK A. LIZARRAGA, Bar #186240
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOSE RUBIDIO MUNOZ-BALLADARES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:06-cr-0088 AWI |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS |
| | ) | CONFERENCE HEARING; AND ORDER |
| v. | ) | THEREON |
| | ) | |
| JOSE RUBIDIO MUNOZ-BALLADARES, | ) | Date   : July 31, 2006 |
| | ) | Time   :  9:00 a.m. |
| Defendant. | ) | Dept   :  Hon. Anthony W. Ishii |
| | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective

attorneys of record herein, that the Status Conference Hearing, in the above captioned matter, scheduled

for July 3, 2006,  may be continued to **July 31, 2006, at 9:00 a.m.**

        The parties agree that the delay resulting from the continuance shall be excluded in the interests of

justice, including but not limited to, the need for the period of time set forth herein for effective defense

///

///

///

///

///

///

///

preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

DATED:  June 29, 2006                    MCGREGOR W. SCOTT
                                         United States Attorney


                                   By /s/ Marianne A. Pansa
                                      MARIANNE A. PANSA
                                      Assistant U.S. Attorney
                                      Attorney for Plaintiff

DATED:  June 29, 2006                    DANIEL J. BRODERICK
                                         Federal Defender


                                   By  /s/ Mark A. Lizárraga
                                       MARK A. LIZARRAGA
                                       Assistant Federal Defender
                                       Attorney for Defendant

## O R D E R

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).


IT IS SO ORDERED.

**Dated:    June 30, 2006**              _____/s/ Anthony W. Ishii_____
0m8i78                                   UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference Hearing